## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR     )
ENVIRONMENTAL RESPONSIBILITY,  )
              )  Civil Action No. 16-cv-886-ABJ
  Plaintiff,       )
              )  **AFFIDAVIT OF SERVICE**
  v.          )
              )
UNITED STATES GEOLOGICAL SURVEY, )
              )
              )
              )
  Defendant.      )

### AFFIDAVIT OF SERVICE

I, Katelin Shugart-Schmidt, hereby declare that on May 12, 2016, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, return receipt requested, to the U.S. Attorney General. Attached hereto is a copy of the return receipt card acknowledging service on May 17, 2016. I declare under penalty of perjury that this information is true.

Dated: May 19, 2016.

Katelin Shugart-Schmidt
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337