UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GEOLOGICAL SURVEY,<br><br>Defendant. | Civil Action No. 16-cv-886-ABJ<br><br>**AFFIDAVIT OF SERVICE** |

**AFFIDAVIT OF SERVICE**

I, Katelin Shugart-Schmidt, hereby declare that on May 12, 2016, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, return receipt requested, to the U.S. Attorney General. Attached hereto is a copy of the return receipt card acknowledging service on May 17, 2016. I declare under penalty of perjury that this information is true.

Dated: May 19, 2016.

_____
Katelin Shugart-Schmidt
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    US Attorney General
    950 Pennsylvania Ave, NW
    Washington, DC 20530

    re: USGS Animal Welfare FOIA Case

2. Article Number (Transfer from service label): 7013 3020 0000 7182 0512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   MAY 17 2016

3. Service Type
   ☒ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 2013    Domestic Return Receipt