UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES GEOLOGICAL SURVEY, )<br>)<br>Defendant. ) | Civil Action No. 16-cv-886-ABJ<br><br>**AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE

I, Katelin Shugart-Schmidt, hereby declare that on May 12, 2016, I mailed a copy of the summons and complaint in the above-captioned matter, certified mail, return receipt requested, to the United States Geological Survey. We never received the green return receipt card. Therefore, attached hereto is a copy of the U.S. Postal Service certified mail tracking information corresponding to the item sent, showing delivery on May 15, 2016. I declare under penalty of perjury that this information is true.

Dated: May 31, 2016.

                                           /s/ Katelin Shugart-Schmidt
                                           Katelin Shugart-Schmidt
                                           Public Employees for Environmental Responsibility
                                           962 Wayne Ave, Suite 610
                                           Silver Spring, MD 20910
                                           (202) 265-7337

 English   Customer Service  USPS Mobile   Register / Sign In

# USPS.COM

# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70133020000071820505**



**Delivered**

Updated Delivery Day: **Monday, May 16, 2016**

## Product & Tracking Information

**Postal Product:** **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **May 15, 2016 , 12:21 am** | **Delivered** | **HERNDON, VA 20192** |

Your item was delivered at 12:21 am on May 15, 2016 in HERNDON, VA 20192

| | | |
| --- | --- | --- |
| May 14, 2016 , 11:49 pm | Arrived at Unit | DULLES, VA 20101 |
| May 13, 2016 , 9:12 am | Arrived at USPS Facility | DULLES, VA 20101 |
| May 12, 2016 , 9:15 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| May 12, 2016 , 8:46 pm | Arrived at USPS Facility | GAITHERSBURG, MD 20898 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

[                                      ] Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# USPS.COM

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
| --- | --- | --- | --- |
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.